HASKINS & SELLS v. COMMUNITY BURIAL SERVICE CORP.

——

(May 9, 1927.  Opinion and Decree.)

——

(Syllabus by the Court.)

1.  Louisiana  Digest—Appeal—Par.  493, 539, 544.

A default judgment based on legal evidence in the lower court will be confirmed when appellant makes no appearance and files no brief.

Appeal from First City Court, Division "C".  Hon. W. V. Seeber, Judge.

Action by Haskins & Sells against Community Burial Service Corporation.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed.

W. H. McClendon, of New Orleans, attorney for plaintiff, appellee.

Van Buren Harris, of New Orleans, attorney for defendant, appellant.

JONES, J.   This is a suit for two hundred eighty and 28-100 ($280.28) dollars, amount due for audit of defendant's books.

Defendant denied each allegation of the petition.

On proper legal evidence a judgment by default was rendered below in favor of plaintiff and defendant has appealed.

Defendant has made no appearance and filed no brief in this court, and the judgment is affirmed.